ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Rowe Contracting Services, Inc. | ) | ASBCA Nos. 63492-ADR, 63499-ADR |
| | ) | 63500-ADR |
| | ) | |
| Under Contract No. FA7000-19-D-A002 | ) | |

APPEARANCES FOR THE APPELLANT:   Jason W. Moy, Esq.
Rhina M. Cardenal, Esq.
Joshua D. Schnell, Esq.
  CoratisLLP
  Arlington, VA

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Maj Alissa J. Schrider, USAF
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $760,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: May 10, 2023

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 63492-ADR, 63499-ADR, 63500-ADR, Appeals of Rowe Contracting Services, Inc., rendered in conformance with the Board's Charter.

Dated: May 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals